**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____  Chapter  11

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Artella Solutions, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | FKA  Ramsey Medical Technologies, Inc.<br>FKA  CorVitals of Texas Inc. |
| 3. | Debtor's federal Employer Identification Number (EIN) | 83-1308656 |
| 4. | Debtor's address | **Principal place of business**<br><br>710 N. Post Road, Suite 510<br>Houston, TX 77024<br>Number, Street, City, State & ZIP Code<br><br>Harris<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.artellainc.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   Artella Solutions, Inc.　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5417__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*
   　　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   　　☐ A plan is being filed with this petition.
   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____   When _____   Case number _____
   District _____   When _____   Case number _____

Debtor  **Artella Solutions, Inc.**  Case number (*if known*) _____
      Name

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    
    | Debtor District | When | Relationship | Case number, if known |
    |---|---|---|---|
    |  |  |  |  |

11. Why is the case filed in this district?  Check all that apply:
    - ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?
    - ■ No
    - ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    
    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____
    
    **Where is the property?** _____
    Number, Street, City, State & ZIP Code
    
    **Is the property insured?**
    - ☐ No
    - ☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

13. Debtor's estimation of available funds
    Check one:
    - ■ Funds will be available for distribution to unsecured creditors.
    - ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. Estimated number of creditors
    - ■ 1-49
    - ☐ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. Estimated Assets
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ■ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

16. Estimated liabilities
    - ☐ $0 - $50,000
    - ■ $1,000,001 - $10 million
    - ☐ $500,000,001 - $1 billion

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor  **Artella Solutions, Inc.**  Case number (*if known*) _____
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **Artella Solutions, Inc.**
         Name

Case number (if known) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 19, 2026**
              MM / DD / YYYY

X  _[signature]_                                        **Patrick Magill**
Signature of authorized representative of debtor         Printed name

Title   **President**

**18. Signature of attorney**

X   /s/ Melissa A. Haselden                             Date  **February 19, 2026**
Signature of attorney for debtor                              MM / DD / YYYY

**Melissa A. Haselden 00794778**
Printed name

**Haselden Farrow, PLLC**
Firm name

**708 Main Street**
**10th Floor**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone  **832-819-1149**      Email address  **MHaselden@HaseldenFarrow.com**

**00794778 TX**
Bar number and State

# RESOLUTIONS OF THE BOARD OF DIRECTORS
## OF ARTELLA SOLUTIONS, INC.

February 18, 2026

A special meeting of the Board of Directors (the "Board") of Artella Solutions, Inc., *fka* Corvitals of Texas, Inc., a Texas Corporation (the "Corporation"), was held on February 18, 2026, pursuant to the provisions of Texas statutes. A quorum of the members of the Board of Directors of the Corporation was present at the meeting. Upon due deliberation, and upon motion duly made and seconded, the following resolutions were adopted by a majority vote of the directors present:

**RESOLVED**, that the Corporation should reorganize by filing for bankruptcy protection under Chapter 11 of the Bankruptcy Code with an appropriate federal bankruptcy court sitting in Harris County, Texas;

**RESOLVED**, that Patrick Magill, the President of Artella Solutions, Inc. (the "President"), is hereby authorized and directed to prepare or cause to be prepared the voluntary petition and to cause the initiation and prosecution of a case under the Bankruptcy Code (the "Bankruptcy Case"), and to prepare or cause to be prepared all other documents, pleadings, and other instruments necessary to prosecute the Bankruptcy Case;

**RESOLVED**, that the Corporation is authorized and directed to employ and retain the firm of Haselden Farrow, PLLC, Attorneys at Law, to represent the Corporation in its case under the Bankruptcy Code upon such retainer and compensation agreement as may seem in the sole discretion of the President to be appropriate; and

**RESOLVED FURTHER**, that any and all actions taken by the President for the Corporation, for and on behalf and in the name of this Corporation, prior to the adoption of the foregoing resolutions, in connection with any of the foregoing matters, be and they are hereby ratified, confirmed, and approved in all respects and for all purposes.

VOTE

The result of the vote of the Board of Directors on the foregoing resolutions was as follows:

| Director Name | Vote |
|---|---|
| Tony Otten | In Favor |
| Brad Ummer | In Favor |
| Leo Womack | Against |
| Casey McNeil | In Favor |

A majority of the directors voting having voted in favor, the foregoing resolutions were duly adopted.

IN WITNESS WHEREOF, the undersigned, being the directors of the Corporation who voted in favor of the foregoing resolutions, have executed this consent as of the date first written above.

**DIRECTORS VOTING IN FAVOR:**

By: _____
Printed Name: Tony Otten

By: _____
Printed Name: Brad Ummer

By: _____
Printed Name: Casey McNeil