United States Bankruptcy Court
Southern District of Texas

**ENTERED**

July 10, 2026

Nathan Ochsner, Clerk

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 26-31092** |
| **ARTELLA SOLUTIONS, INC.,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | **CHAPTER 11** |

### ORDER RESETTING HEARING

       Hearing is reset on the Emergency Motion (i) for Iterim Authority to Use Cash Under 11 U.S.C 363 and 105 and (ii) Request for Final Hearing (ECF No. 9) at 8:30 a.m. on August 5, 2026. The debtor shall serve a copy of this order on all affected parties within 24 hours and file a certificate of service **or** file and serve a hearing notice within 24 hours.

       **Personal appearance of counsel and witnesses are required for any contested evidentiary hearing. Procedures for agreed continuances are available on the Court's website. Uncontested or non-evidentiary hearings may be made virtually.**[1]

       **SO ORDERED**.

   SIGNED 07/09/2026

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] The Court's website is located at https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman